FILED
MAR -6 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Criminal Case No. '08 CR 658 W
                                    )
              Plaintiff,            )  I N F O R M A T I O N
                                    )
         v.                         )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Misdemeanor);
JOSUE MARTINEZ-CASTRO,              )  Title 8, U.S.C., Sec. 1325 -
                                    )  Illegal Entry (Felony)
              Defendant.            )
_____)

The United States Attorney charges:

Count 1

On or about August 2007, within the Southern District of California, defendant JOSUE MARTINEZ-CASTRO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JDM:mg:San Diego
2/12/08

<u>Count 2</u>

On or about February 8, 2008, within the Southern District of California, defendant JOSUE MARTINEZ-CASTRO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 3/6/08

KAREN P. HEWITT
United States Attorney

/s/ JEFFREY D. MOORE
Assistant U.S. Attorney