AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED MAR - 6

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSUE MARTINEZ-CASTRO | CASE NUMBER: 08 CR 658 W |

I, JOSUE MARTINEZ-CASTRO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  3-6-08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Josue MRtinez castro_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER